UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO OSBORNE,<br><br>    Plaintiff,<br><br>v.<br><br>CARLOS VASQUEZ, JORGE LARREGUI,<br>DAMIEN CSECH, RODERICK DODA,<br>JOHN WHALEN, and GREGG GRANELLO,<br><br>    Defendants. | No. 3:12-cv-213 (VAB)<br><br>United States District Court<br>District of Connecticut<br>FILED AT    BRIDGEPORT<br>9/17/2015<br>Roberta D. Tabora, Clerk<br>By _____<br>Deputy Clerk |

**VERDICT FORM**

**I.    42 U.S.C. § 1983**

    **A.    Liability**

        **1.    Excessive Use of Force**

Do you find that Plaintiff Lorenzo Osborne has proven by a preponderance of the evidence that any or all of the following Defendants violated his Fourth Amendment right to be free from the use of excessive force? Please indicate your answer for each Defendant. Your answer may be different for each Defendant.

| | | | |
|---|---|---|---|
| Carlos Vazquez | Yes: ____ | No: ✓ |
| Jorge Larregui | Yes: ____ | No: ✓ |

        **2.    Failure to Intervene**

Do you find that Plaintiff Lorenzo Osborne has proven by a preponderance of the evidence that any or all of the following Defendants violated his constitutional right to be free

1

from the use of excessive force by failing to intervene in the use of excessive force by any of the Defendants for whom you answered "YES" in Section I.A.1.?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ___ |
| Jorge Larregui | Yes: ___ | No: ___ |

*If you have answered "No" to as to each Defendant in all of the above questions in Section I.A., you should skip Question I.B. and proceed to Section II. If you answered "Yes" as to any of the Defendants in the above questions in Section I.A., please proceed to Section I.B., below.*

### B. Damages

#### 1. Compensatory Damages

If you answered "Yes" as to any question in Section I.A., what amount of compensatory damages do you find will reasonably compensate Lorenzo Osborne for the injuries proximately caused by the Defendant's or Defendants' conduct?

Compensatory Damages:       $ _____

*Proceed to Section I.B.2., "Nominal Damages."*

#### 2. Nominal Damages

If you answered "Yes" as to any of Lorenzo Osborne's claims in Section I.A., but did not award him any compensatory damages, you must award $10 in nominal damages. You may not award both compensatory <u>and</u> nominal damages for a violation of Section 1983. Please indicate below the amount of nominal damages, if any, you award to the plaintiff.

Nominal Damages:       $ _____

*Proceed to Section I.B.3., "Punitive Damages."*

3. **Punitive Damages**

If you answered "Yes" as to any of the questions in Sections I.A., keeping in mind my instruction on punitive damages, do you choose to award punitive damages to Lorenzo Osborne and against any of the following Defendants in order to punish or deter similar conduct? (*For any Defendant for which you answered "No" in both Section I.A.1. and Section 1.A.2., your response immediately below for that Defendant should be left blank.*)

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ____ | No: ____ |
| Jorge Larregui | Yes: ____ | No: ____ |

If you answered "Yes" as to any Defendant immediately above, what amount of money do you award as punitive damages against that Defendant for a violation of Lorenzo Osborne's federal rights?

| | |
|---|---|
| Carlos Vazquez | $ _____ |
| Jorge Larregui | $ _____ |

II. **ASSAULT**

    A. **Liability**

Do you find that Plaintiff Lorenzo Osborne has proven by a preponderance of the evidence that any of the following Defendants assaulted him?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ✓ |
| Jorge Larregui | Yes: ___ | No: ✓ |

*If you answered "No" as to all Defendants in the above question in Section II.A., skip Section II.B. and proceed to Section III. If you answered "Yes" as to any Defendant in the above question in Section II.A., please proceed to Section II.B., below.*

    B. **Damages**

        1. **Compensatory Damages**

If you answered "Yes" as to any Defendant in Section II.A., what amount of compensatory damages do you find will reasonably compensate Lorenzo Osborne for the injuries proximately caused by the Defendant's or Defendants' conduct?

Compensatory Damages: $ _____

*Proceed to Section II.B.2., "Punitive Damages."*

        2. **Punitive Damages**

For each Defendant for whom you answered "Yes" in Section II.A., do you choose to award punitive damages to Lorenzo Osborne and against that Defendant in order to punish or deter similar conduct?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ___ |
| Jorge Larregui | Yes: ___ | No: ___ |

*(NOTE: If you find that punitive damages should be awarded to Lorenzo Osborne for assault, do not determine an amount. Such calculation of an amount will be done later by the Court.)*

III.  **BATTERY**

    A.    **Liability**

Do you find that Plaintiff Lorenzo Osborne has proven by a preponderance of the evidence that any of the following Defendants committed a battery against him?

| | | | | |
|---|---|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ✓ |
| Jorge Larregui | Yes: ___ | No: ✓ |

*If you answered "No" as to all Defendants in the above question in Section III.A., skip Section III.B. and proceed to Section IV. If you answered "Yes" as to any Defendant in the above question in Section III.A., please proceed to Section II.B., below.*

    B.    **Damages**

        1.    **Compensatory Damages**

If you answered "Yes" as to any Defendant in Section III.A., what amount of compensatory damages do you find will reasonably compensate Lorenzo Osborne for the injuries proximately caused by the Defendant's or Defendants' conduct?

    Compensatory Damages:    $ _____

*Proceed to Section II.B.2., "Punitive Damages."*

        2.    **Punitive Damages**

For each Defendant for whom you answered "Yes" in Section III.A., do you choose to award punitive damages to Lorenzo Osborne and against that Defendant in order to punish or deter similar conduct?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ___ |
| Jorge Larregui | Yes: ___ | No: ___ |

*(NOTE: If you find that punitive damages should be awarded to Lorenzo Osborne for battery, do not determine an amount. Such calculation of an amount will be done later by the Court.)*

IV. **INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

    A. **Liability**

Do you find that Plaintiff Lorenzo Osborne has proven by a preponderance of the evidence that any of the following Defendants intentionally inflicted emotional distress upon him?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ✓ |
| Jorge Larregui | Yes: ___ | No: ✓ |

*If you answered "No" as to all Defendants in the above question in Section IV.A., skip Section IV.B. and proceed to Section V. If you answered "Yes" as to any Defendant in the above question in Section IV.A., please proceed to Section IV.B., below.*

    B. **Damages**

        1. **Compensatory Damages**

If you answered "Yes" as to any Defendant in Section II.A., what amount of compensatory damages do you find will reasonably compensate Lorenzo Osborne for the injuries proximately caused by the Defendant's or Defendants' conduct?

Compensatory Damages:  $ _____

*Proceed to Section IV.B.2., "Punitive Damages."*

        2. **Punitive Damages**

For each Defendant for whom you answered "Yes" in Section IV.A., do you choose to award punitive damages to Lorenzo Osborne and against that Defendant in order to punish or deter similar conduct?

| | | |
|---|---|---|
| Carlos Vazquez | Yes: ___ | No: ___ |
| Jorge Larregui | Yes: ___ | No: ___ |

6

*(NOTE: If you find that punitive damages should be awarded to Lorenzo Osborne for intentional infliction of emotional distress, do not determine an amount. Such calculation of an amount will be done later by the Court.)*

## V. CONCLUSION OF DELIBERATIONS

Thank you. Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should notify the marshal that you have reached a verdict. Your completed Verdict Form will then be returned to the Court.

9/17/15  3:26 a.m./(p.m.)        /s/ _____
Date     Time                    Signature of Foreperson