# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LORENZO OSBOURNE, | : |
| | : |
| | : Civil Number 3:12cv213(VAB) |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| C. VAZQUEZ, J. LARREQUI, D. CSECH, | : |
| R. DODA, WHALEN, GRANELLO, | : |
| | : |
| | : |
| Defendants. | : |

## JUDGMENT

This matter came on for trial before a jury and the Honorable Victor A. Bolden, United States District Judge. On September 17, 2015, the jury returned a verdict for defendants Carlos Vazquez and Jorge Larrequi on all counts. On September 17, 2015, The Court dismissed counts as to R. Doda. On September 17, 2015, plaintiff withdrew the counts as to defendant's D. Csech, Whalen and Granello.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, Carlos Vazquez and Jorge Larrequi and the case is closed.

Dated at Bridgeport, Connecticut this 18th day of September, 2015.

ROBIN D. TABORA, Clerk
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD :  9/18/2015